IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BEAU STEPHENSON,

    Petitioner,

  v.                                   CASE NO. 2:08-CV-836
                                       CRIM. NO. 2:06-CR-151
                                       JUDGE GRAHAM
                                       MAGISTRATE JUDGE KING

UNITED STATES OF AMERICA,

    Respondent.

## OPINION AND ORDER

On March 1, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed and denying petitioner's motion for summary judgment. Although the parties were advised of the right to object to the Magistrate Judge's *report and Recommendation,* and of the consequences of failing to do so, no objections have been filed. The docket indicates that petitioner's notification of the Magistrate Judge's *Report and Recommendation* was returned as undeliverable, with no forwarding address. *See* Doc. Nos. 32, 33. However, it is the petitioner's responsibility to keep the Court appraised of his current whereabouts.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT.**

                                                      S/ James L. Graham
                                                      JAMES L. GRAHAM
Date: Mar. 22, 2010                                  United States District Judge